✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:01 am, Nov 14 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY __jci_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| In re: Misdemeanor Cases Involving Marijuana Possession | Case No. 1:23-mc-00457 |
|---|---|

## ORDER

Having read and considered The United States of America's motion to dismiss without prejudice certain counts involving marijuana possession in the cases listed in Attachment 1, the Court rules as follows:

1. For the cases listed in Rows 2 through 141 in Attachment 1, the counts listed in Column Q of Attachment 1 as to these cases shall be and hereby are DISMISSED WITHOUT PREJUDICE. Where Column Q indicates "yes," all the counts in the matter are hereby DISMISSED WITHOUT PREJUDICE and the case shall be CLOSED. Where Column Q indicates "no," only those counts specifically noted shall be dismissed and the case shall otherwise continue as to any remaining counts.

2. For those cases in which "yes" is populated in Column R of Attachment 1, any and all warrants issued in the case are hereby QUASHED. Further, for those cases in which "yes" is populated in Column R of Attachment 1, for those cases where the Court had notified the Maryland Motor Vehicle Administration ("MVA") of any outstanding warrants, the Court shall again inform the MVA that such warrants are hereby quashed.

3.	The Clerk is directed the provide a copy of this Order to U.S. Attorney's Office Criminal Chief Jason D. Medinger and to the Federal Public Defender's Office AFPD Carrie Corcoran.[1]

It is so ordered this __28th__ day of _____September_____, 2023.

_____
The Honorable Timothy J. Sullivan
Chief United States Magistrate Judge

---

[1] The Court declines to appoint the Office of the Federal Public Defender, as requested in paragraph 4 of the Government's Motion.